IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:18-CV-00145-FDW

| | |
|---|---|
| MELISSA SUE GOSNELL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| ANDREW SAUL, *Commissioner of Social Security*, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation of the parties, (Doc. No. 19), it is hereby ordered that Defendant will pay Plaintiff $6,200.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Suite 390, P.O. Box 669468, Charlotte, North Carolina 28266, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. Plaintiff's Motion for Attorney's Fees, (Doc. No. 16), is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Signed: August 29, 2019

Frank D. Whitney
Chief United States District Judge